# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: WILFREDO RODRIGUEZ GONZALEZ
MARTA VAZQUEZ VIDOT

Bkrtcy. No. 10-07134-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 06, 2010 | Meeting Date: Sep 10, 2010 | DC Track No. 16 |
| Days from petition date: 35 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 2/8/2008 | ☐ Chapter 13 Plan Date: Aug 06, 2010 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) 2nd. Bankruptcy petition. | Plan Base: $22,500.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Oct 01, 2010 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | Total Paid In: $375.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference    ☑ Creditor(s) present;   ☐ None.
- ☑ Debtor Present    ☑ ID & Soc. OK    ☐ Debtor Absent
- ☑ Joint Debtor Present    ☑ ID & Soc. OK    ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined   ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present   ☐ Not Present
- ☐ Substitute attorney:   ☐ Pro-se.

Creditors: BPPR (Colón), FirstBank (Romero)

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00   Paid Pre-Petition: $0.00   Outstanding: $3,000.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.   Liquidation Value: -0-
- Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:** - to pay Auto loan in full.
- ☐ FEASIBILITY [§1325(a)(6)]   ☑ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
- Need to identify amount of insurance.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1    Date: Sep 10, 2010