UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>WILFREDO RODRIGUEZ GONZALEZ<br>MARTA VAZQUEZ VIDOT<br><br>DEBTOR (S) | CASE NO. 10-07134-BKT<br><br>CHAPTER 13 |

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$0.00**     **R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $3,000.00     Fees paid: $0.00     Fees Outstanding: $3,000.00**

With respect to the proposed (amended) Plan dated: **September 30, 2010** (Dkt 13)**.**     Plan Base: **25,450.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded to pay what it proposes (or needs) to pay  [§1325(a)(6)]
    Debtors' plan is insufficiently funded to pay what it proposes. The minimum required base is approximately $25,700.00.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

    In San Juan, Puerto Rico this January 03, 2011.


                                            /s/ Jose R. Carrion
                                            _____

                                            /s/ Mayra Arguelles -Staff Attorney
                                            _____

                                            JOSE R. CARRION
                                            CHAPTER 13 TRUSTEE
                                            PO Box 9023884, San Juan, PR 00902-3884
ma                                          Tel. (787) 977-3535  Fax  (787) 977-3550