# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

*Hearing Information:*

**Debtor**: WILFREDO RODRIGUEZ GONZALEZ and MARTA VAZQUEZ VIDOT
**Case Number**: 10-07134-BKT13      **Chapter:** 13
**Date / Time / Room**: 1/13/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter / ECR**: JOSE ROMO

*Matter:*

Confirmation Hearing

*Appearances:*

MAYRA ARGUELLES, CHAPTER 13 TRUSTEE
JUAN O CALDERON LITHGOW, ATTORNEY FOR DEBTOR

*Proceedings:*

## ORDER:

As agreed in open Court, the confirmation hearing is hereby rescheduled for 3/16/2011 at 9:00am.

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge