115-9-13495

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO **10-07134 BKT** |
|---|---|
| **WILFREDO RODRIGUEZ GONZALEZ** <br> **MARTA VAZQUEZ VIDOT** | CHAPTER 13 |
| DEBTORS | |

## MOTION TO WITHDRAW MOTION OBJECTING PLAN

TO THIS HONORABLE COURT:

COMES NOW creditor BANCO BILBAO VIZCAYA ARGENTARIA (BBVA), represented by the undersigned attorneys and very respectfully states and prays:

1. On October 5TH, 2010, BBVA filed a *Motion Objecting Plan* in the instant case.

2. Appearing creditor wishes to withdraw said motion without prejudice.

**WHEREFORE**, it is very respectfully requested from this Honorable Court to allow BBVA to withdraw it *Motion Objecting Plan* without prejudice.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the following: Attorney for Debtor(s), **JUAN O CALDERON LITHGOW, ESQ,** and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES**, and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 14 day of March, 2011.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787) 754-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

oco

```
Label Matrix for local noticing          INTERNAL REVENUE SERVICE           COOP A/C MANATI
0104-3                                   PO BOX 7346                        MIREYA BALTAZAR SUAZO ESQ
Case 10-07134-BKT13                      PHILADELPHIA, PA 19101-7346        PO BOX 2102
District of Puerto Rico                                                     BARCELONETA, PR 00617-2102
Old San Juan
Mon Mar 14 16:23:21 AST 2011

DEPARTAMENTO DE HACIENDA                                                    POPULAR AUTO
PO BOX 9024140                                                              EDGAR A VEGA RIVERA ESQ
OFICINA 424-B                                                               PO BOX 366818
SAN JUAN, PR 00902-4140                                                     SAN JUAN, PR 00936-6818

PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918

ASOCIACION DE EMPLEADOS DEL ELA                                             BANCO BILBAO VIZCAYA
PO BOX 364508                                                               PO BOX 364745
SAN JUAN PR  00936-4508                                                     SAN JUAN, PR 00936-4745

CLARO                                    COOP A/C COOPACA                   (p)COOP A C DE MANATI
PO BOX 70366                             PO BOX 1056                        PO BOX 30562
SAN JUAN, PR 00936-8366                  ARECIBO, PR 00613-1056             MANATI PR 00674-8516

FIRST BANK                               FIRST BANK                         POPULAR AUTO
BANKKRUPTCY DIVISION                     PO BOX 9146                        BANKRUPTCY DEPARTMENT
PO BOX 9146                              SAN JUAN, PR 00908-0146            PO BOX 366818
SAN JUAN PR 00908-0146                                                      SAN JUAN PUERTO RICO 00936-6818

POPULAR AUTO                             PRASA                              PREPA
PO BOX 15011                             PO BOX 14580                       P.O.BOX 363508
SAN JUAN, PR 00902-8511                  SAN JUAN, PR 00916                 SAN JUAN, PR 00936-3508

FEDERAL LITIGATION DEPT. OF JUSTICE      JOSE RAMON CARRION MORALES         JUAN O CALDERON LITHGOW
PO BOX 9020192                           PO BOX 9023884                     JUAN O CALDERON LITHGOW LEGAL OFFIC
SAN JUAN, PR 00902-0192                  SAN JUAN, PR 00902-3884            PO BOX 1710
                                                                            VEGA BAJA, PR 00694-1710

MARTA VAZQUEZ VIDOT                      MONSITA LECAROZ ARRIBAS            WILFREDO RODRIGUEZ GONZALEZ
PO BOX 1344                              OFFICE OF THE US TRUSTEE (UST)     PO BOX 1344
BARCELONETA, PR 00617-1344               OCHOA BUILDING                     BARCELONETA, PR 00617-1344
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901-1938
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).