115-9-13495

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>**WILFREDO RODRIGUEZ GONZALEZ**<br>**MARTA VAZQUEZ VIDOT**<br><br>DEBTORS | CASE NO 10-07134 BKT<br><br>CHAPTER 13 |

## MOTION REQUESTING DISMISSAL

TO THIS HONORABLE COURT:

COMES NOW creditor, BANCO BILBAO VIZCAYA ARGENTARIA ARGENTARIA ("BBVA"), represented by the undersigned attorney and, very respectfully, STATES and PRAYS:

1. On August 6th, 2010, debtors filed the instant petition for relief.

2. As of this date debtors have failed to obtain confirmation of a plan. The plan provides for payment in the full of BBVA's secured claim.

3. Section 1307(c) of the Bankruptcy Code [11 USC §1307(c)(1)] states as follows:

> "(c) Except as provided in subsection (e) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including--
> (1) unreasonable delay by the debtor that is prejudicial to creditors;"

4. Debtors have a duty to file a confirmable plan providing for the payment of their debts. More than two hundred and ten (210)

days have elapsed since they filed this petition for relief and they have failed to comply with their duties and obtain confirmation of a plan. Such conduct constitutes an unreasonable delay by debtors which warrant the dismissal of the instant petition for relief. Therefore, it is respectfully requested from this Honorable Court to enter an Order dismissing the instant case without the need of a hearing.

5. Debtors are not members of the U.S. Armed Forces, the Coast Guard, the Public Health Services or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy which is attached only to the original of this motion and movant's copy.

6. Pursuant to Local Bankruptcy Rule 9013-1(h)(1) and(2)(H), it is respectfully requested from this Honorable Court that, should debtors fail to file a response to the instant motion within thirty (30) days an Order may be entered dismissing the instant case without the need of a hearing.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant this motion and to enter an Order dismissing the instant case.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will sent notification of such filing to the

following: Attorney for Debtor(s), **JUAN O CALDERON LITHGOW, ESQ.**, and to Chapter 13 Trustee, **JOSE RAMON CARRION MORALES, ESQ.**, and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 14 day of March, 2011.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787) 754-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

115-9-13495(oco)

Department of Defense Manpower Data Center                    Mar-04-2011 12:28:12



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RODRIGUEZ GONZALEZ | WILFREDO M | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:R94MIK86AF

Department of Defense Manpower Data Center

Mar-04-2011 12:37:27



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| RODRIGUEZ GONZALEZ | WILFREDO M. | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

### *More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

### *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:F8GNOQALI0

```
Label Matrix for local noticing                                              COOP A/C MANATI
0104-3                                                                        MIREYA BALTAZAR SUAZO ESQ
Case 10-07134-BKT13                                                           PO BOX 2102
District of Puerto Rico                                                       BARCELONETA, PR 00617-2102
Old San Juan
Mon Mar 21 08:33:30 AST 2011
DEPARTAMENTO DE HACIENDA            INTERNAL REVENUE SERVICE                  POPULAR AUTO
PO BOX 9024140                      PO BOX 7346                               EDGAR A VEGA RIVERA ESQ
OFICINA 424-B                       PHILADELPHIA, PA 19101-7346               PO BOX 366818
SAN JUAN, PR 00902-4140                                                       SAN JUAN, PR 00936-6818


PR DEPARTMENT OF LABOR
PRUDENCIO RIVERA MARTINEZ BLDG
505 MUNOZ RIVERA AVENUE
12 FLOOR
SAN JUAN, PR 00918


ASOCIACION DE EMPLEADOS DEL ELA                                               BANCO BILBAO VIZCAYA
PO BOX 364508                                                                 PO BOX 364745
SAN JUAN PR 00936-4508                                                        SAN JUAN, PR 00936-4745



CLARO                               COOP A/C COOPACA                          (p)COOP A C DE MANATI
PO BOX 70366                        PO BOX 1056                               PO BOX 30562
SAN JUAN, PR 00936-8366             ARECIBO, PR 00613-1056                    MANATI PR 00674-8516



FIRST BANK                          FIRST BANK                                POPULAR AUTO
BANKKRUPTCY DIVISION                PO BOX 9146                               BANKRUPTCY DEPARTMENT
PO BOX 9146                         SAN JUAN, PR 00908-0146                   PO BOX 366818
SAN JUAN PR 00908-0146                                                        SAN JUAN PUERTO RICO 00936-6818



POPULAR AUTO                        PRASA                                     PREPA
PO BOX 15011                        PO BOX 14580                              P.O.BOX 363508
SAN JUAN, PR 00902-8511             SAN JUAN, PR 00916                        SAN JUAN, PR 00936-3508



FEDERAL LITIGATION DEPT. OF JUSTICE JOSE RAMON CARRION MORALES                JUAN O CALDERON LITHGOW
PO BOX 9020192                      PO BOX 9023884                            JUAN O CALDERON LITHGOW LEGAL OFFIC
SAN JUAN, PR 00902-0192             SAN JUAN, PR 00902-3884                   PO BOX 1710
                                                                              VEGA BAJA, PR 00694-1710



MARTA VAZQUEZ VIDOT                 MONSITA LECAROZ ARRIBAS                   WILFREDO RODRIGUEZ GONZALEZ
PO BOX 1344                         OFFICE OF THE US TRUSTEE (UST)            PO BOX 1344
BARCELONETA, PR 00617-1344          OCHOA BUILDING                            BARCELONETA, PR 00617-1344
                                    500 TANCA STREET SUITE 301
                                    SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).